[No. 25052–3–I. Division One. December 3, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK D. RICE, *Appellant*.

Appeal from a judgment of the Superior Court for King

1056

County, No. 89-8-03916-0, Anthony P. Wartnik, J., entered October 9, 1989. *Vacated* and *remanded* by unpublished per curiam opinion.